DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GOLDSTON

No. 1A96-2

Case below: Durham County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Durham County denied 6 May 1999.

STATE v. JACKSON

No. 136P99

Case below: 132 N.C.App. 398

Motion by Attorney General to dismiss appeal allowed 6 May 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.

STATE v. OKWARA

No. 122P99

Case below: 132 N.C.App. 585

Motion by defendant for appropriate relief is treated as a petition for writ of certiorari and denied 26 April 1999. Petition by defendant for writ of supersedeas and motion for temporary stay denied 26 April 1999. Motion by defendant (Okwara) for temporary stay denied 26 April 1999.

STATE v. SANCHEZ

No. 97P99

Case below: 127 N.C.App. 558

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 May 1999.

STATE v. SAUNDERS

No. 130P99

Case below: 132 N.C.App. 399

Motion by Attorney General to dismiss appeal allowed 6 May 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1999.